UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DANA DUNN,

                          Plaintiff,

     -v-

ADVANCED CREDIT RECOVERY INCORPORATED,

                         Defendant.

------------------------------------------------------------------X

11 Civ. 4023 (PAE)

OPINION & ORDER

PAUL A. ENGELMAYER, District Judge:

On August 30, 2011, Judge Jed S. Rakoff, to whom this case was originally assigned, granted plaintiff Dana Dunn's motion for default judgment against defendant Advanced Credit Recovery, Inc. ("ACR"), and referred the case to Magistrate Judge James L. Cott for an inquest into damages.

On March 1, 2012, Judge Cott issued a Report and Recommendation, recommending that the Court enter judgment for Dunn against ACR in the amount of $6,907.50; $1,000 in statutory damages for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1601 *et seq.*; $432.40 in costs incurred during litigation; and $5,475 in reasonable attorney's fees. The deadline to file objection to Judge Cott's Report and Recommendation was March 15, 2012. No objections were timely submitted.

In reviewing a report and recommendation, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). When no timely objection has been made to the recommendations of a magistrate judge, "a district court need only satisfy itself that there is no clear error on the face of the

record." *Carlson v. Dep't of Justice*, No. 10-cv-5149, 2012 WL 928124, at *1 (S.D.N.Y. Mar. 19, 2012) (internal citations omitted). The Court has reviewed Judge Cott's Report and finds it to be persuasive and without any legal or factual errors. There being no objection to Judge Cott's Report, it is hereby

ORDERED, that Judge Cott's Report and Recommendation is adopted in its entirety. The Court awards the plaintiff $6,907.50, to account for $1,000 in statutory damages, $432.50 in costs, and $5,475 in attorney's fees; and it is further

ORDERED, that the Clerk of the Court is directed to enter judgment in favor of the plaintiff in the amount of $6,907.50.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: April 2, 2012
       New York, New York